B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brier Creek FC, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA The Exchange at Brier Creek** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4968188** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8900 Keystone Crossing, Ste. 1200**<br>**Indianapolis, IN**<br>ZIP Code **46240** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **9240 Bruckhaus Street**<br>**Raleigh, NC 27617** |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [■] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [■] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [■] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brier Creek FC, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brier Creek FC, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Wendy Brewer**
Signature of Attorney for Debtor(s)

**Wendy Brewer 22669-49**
Printed Name of Attorney for Debtor(s)

**BARNES & THORNBURG LLP**
Firm Name

**11 South Meridian Street**
**Indianapolis, IN 46204**

_____
Address

**317-236-1313  Fax: 317-231-7433**
Telephone Number

**April 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David M. Flaherty**
Signature of Authorized Individual

**David M. Flaherty**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**April 20, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# BRIER CREEK FC, LLC
# CORPORATE RESOLUTION

I, David Flaherty being a duly constituted authorized manager of Brier Creek FC, LLC, a limited liability company organized and existing under and by virtue of the Laws of the State of Indiana (hereinafter called this Company) do hereby certify that the following is a true and complete copy of resolutions duly adopted at a special meeting of the members of the Company, duly called and held on April 19, 2010, at which a quorum was present and voting; that said resolutions are still in full force and effect and have not been rescinded; and that said resolutions are not in conflict with the Operating Agreement of this Company;

NOW THEREFORE, BE IT RESOLVED that, the Company is authorized to seek relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Southern District of Indiana and employ the firm of Barnes & Thornburg LLP as its counsel;

FURTHER RESOLVED that David Flaherty and Jerry Collins shall each have the authority to execute all documents necessary to cause the bankruptcy case to be filed, processed, and completed;

FURTHER RESOLVED that any and all actions taken by the directors, officers, members, managers, agents and attorneys for the Company in connection with the matter described above and approved prior the adoption of this resolution are hereby ratified, affirmed, approved and adopted.

I further certify that the above resolutions are still in full force and effect and have not been amended or revoked.

_____

Print Name: David Flaherty

Print Title: Managing member

INDS01 WDB 1196302v1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re     **Brier Creek FC, LLC**                                       Case No.
                          Debtor(s)                                     Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Asset Corporation, Inc.<br>3700 Arco Corporate Drive, Ste. 350<br>Charlotte, NC 28273 | American Asset Corporation, Inc.<br>3700 Arco Corporate Drive, Ste. 350<br>Charlotte, NC 28273 | Trade debt | | 17,903.00 |
| Appliance Warehouse of America<br>3201 W. Royal Lane, Ste. 100<br>Irving, TX 75063 | Appliance Warehouse of America<br>3201 W. Royal Lane, Ste. 100<br>Irving, TX 75063 | Trade debt | | 2,660.87 |
| Consumer Source, Inc.<br>3585 Engineering Drive, Ste. 100<br>Norcross, GA 30092 | Consumer Source, Inc.<br>3585 Engineering Drive, Ste. 100<br>Norcross, GA 30092 | Trade debt | | 2,188.00 |
| Cort Furniture, Inc.<br>1905 New Hope Church Road<br>Raleigh, NC 27609 | Cort Furniture, Inc.<br>1905 New Hope Church Road<br>Raleigh, NC 27609 | Trade debt | | 18,628.74 |
| CTI Property Services, Inc.<br>5916 Triangle Dr.<br>Raleigh, NC 27617 | CTI Property Services, Inc.<br>5916 Triangle Dr.<br>Raleigh, NC 27617 | Trade debt | | 3,652.00 |
| East Coast Fire Protection<br>7711 Welborn Street<br>Raleigh, NC 27615 | East Coast Fire Protection<br>7711 Welborn Street<br>Raleigh, NC 27615 | Trade debt | | 3,046.62 |
| Economy Exterminators, Inc.<br>2160 N. Salem Street<br>Apex, NC 27523 | Economy Exterminators, Inc.<br>2160 N. Salem Street<br>Apex, NC 27523 | Trade debt | | 875.00 |
| Flaherty & Collins Construction<br>8900 Keystone Crossing, Ste. 1200<br>Indianapolis, IN 46240 | Flaherty & Collins Construction<br>8900 Keystone Crossing, Ste. 1200<br>Indianapolis, IN 46240 | Unpaid construction costs and amounts loaned | | 981,880.00 |
| Flaherty & Collins Construction<br>8900 Keystone Crossing, Ste. 1200<br>Indianapolis, IN 46240 | Flaherty & Collins Construction<br>8900 Keystone Crossing, Ste. 1200<br>Indianapolis, IN 46240 | Trade debt | | 124,397.62 |

B4 (Official Form 4) (12/07) - Cont.

In re **Brier Creek FC, LLC**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Flaherty & Collins Development** 8900 Keystone Crossing, Ste. 1200 Indianapolis, IN 46240 | **Flaherty & Collins Development** 8900 Keystone Crossing, Ste. 1200 Indianapolis, IN 46240 | **Unpaid development fee** | | **1,240,273.00** |
| **Flaherty & Collins Management** 8900 Keystone Crossing, Ste. 1200 Indianapolis, IN 46240 | **Flaherty & Collins Management** 8900 Keystone Crossing, Ste. 1200 Indianapolis, IN 46240 | **Trade debt** | | **102,803.50** |
| **Flaherty & Collins Properties** 8900 Keystone Crossing, Ste. 1200 Indianapolis, IN 46240 | **Flaherty & Collins Properties** 8900 Keystone Crossing, Ste. 1200 Indianapolis, IN 46240 | **Trade debt** | | **10,815.45** |
| **For Rent Media Solutions** 75 Remittance Drive, Ste. 1705 Chicago, IL 60675 | **For Rent Media Solutions** 75 Remittance Drive, Ste. 1705 Chicago, IL 60675 | **Trade debt** | | **1,004.00** |
| **HD Supply Facilities Maintenance, LTD** 10641 Scripps Summit Ct. San Diego, CA 92131 | **HD Supply Facilities Maintenance, LTD** 10641 Scripps Summit Ct. San Diego, CA 92131 | **Trade debt** | | **2,092.59** |
| **LC Investors, LLC** 6467 Holliday Dr. East Indianapolis, IN 46260 | **LC Investors, LLC** 6467 Holliday Dr. East Indianapolis, IN 46260 | **Loan** | | **3,000,000.00** |
| **Network Communications, Inc.** 2305 Newpoint Parkway Lawrenceville, GA 30046 | **Network Communications, Inc.** 2305 Newpoint Parkway Lawrenceville, GA 30046 | **Trade debt** | | **710.00** |
| **North American Lawn & Landscape, LLC** 4200 Performance Rd. Charlotte, NC 28214 | **North American Lawn & Landscape, LLC** 4200 Performance Rd. Charlotte, NC 28214 | **Trade debt** | | **3,355.24** |
| **Roto Rooter** 5672 Collection Center Drive Chicago, IL 60693 | **Roto Rooter** 5672 Collection Center Drive Chicago, IL 60693 | **Trade debt** | | **8,007.10** |
| **Valet Waste, LLC** 601 N. Ashley Dr., Ste. 700 Tampa, FL 33602 | **Valet Waste, LLC** 601 N. Ashley Dr., Ste. 700 Tampa, FL 33602 | **Utility** | | **3,548.30** |
| **Wilmar Industries, Inc.** 200 East Park Dr., #200 Mount Laurel, NJ 08054 | **Wilmar Industries, Inc.** 200 East Park Dr., #200 Mount Laurel, NJ 08054 | **Trade debt** | | **3,203.03** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Brier Creek FC, LLC**                                                           Case No.
_____                                              _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 20, 2010**                              Signature   **/s/ David M. Flaherty**
                                                                   **David M. Flaherty**
                                                                   **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Indiana

In re  **Brier Creek FC, LLC**                                                                                                Case No.
                                                    Debtor(s)                                                                   Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 20, 2010**                                                      **/s/ David M. Flaherty**
                                                                               **David M. Flaherty/Managing Member**
                                                                               Signer/Title

AMERICAN ASSET CORPORATION, INC.
3700 ARCO CORPORATE DRIVE, STE. 350
CHARLOTTE, NC 28273


APPLIANCE WAREHOUSE OF AMERICA
3201 W. ROYAL LANE, STE. 100
IRVING, TX 75063


AUTOMATED PATROL SYSTEMS
104 GAMBLE LOOP
BESSEMER CITY, NC 28016


BROWNLEE LAW FIRM
4020 WEST CHASE BLVD, STE. 350
RALEIGH, NC 27607


CAPITOL COFFEE SYSTEMS, INC.
1000 INVESTMENT BLVD.
APEX, NC 27502


CAROLINA SOLAR CONTROL, INC.
9591 CHAPEL HILL RD., #144
MORRISVILLE, NC 27560


CINTAS LOCATION 205
1003 TWIN CREEKS CT.
DURHAM, NC 27703

```
CITY OF RALEIGH
P.O. BOX 96084
CHARLOTTE, NC 28296




CONSUMER SOURCE, INC.
3585 ENGINEERING DRIVE, STE. 100
NORCROSS, GA 30092




CORT FURNITURE, INC.
1905 NEW HOPE CHURCH ROAD
RALEIGH, NC 27609




CTI PROPERTY SERVICES, INC.
5916 TRIANGLE DR.
RALEIGH, NC 27617




DAVID H. BOWMAN, VICE PRESIDENT
FIRST HORIZON NATIONAL CORPORATION
12150 MONUMENT DR., STE. 500
FAIRFAX, VA 22033




EAST COAST FIRE PROTECTION
7711 WELBORN STREET
RALEIGH, NC 27615




ECONOMY EXTERMINATORS, INC.
2160 N. SALEM STREET
APEX, NC 27523
```

```
FIRST HORIZON HOME LOANS, A DIVISION OF
FIRST TENNESSEE BANK NTL. ASSOCIATION
201 N. ILLINOIS ST, 16TH FL, STE. 1607
INDIANAPOLIS, IN 46277




FLAHERTY & COLLINS CONSTRUCTION
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240




FLAHERTY & COLLINS DEVELOPMENT
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240




FLAHERTY & COLLINS MANAGEMENT
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240




FLAHERTY & COLLINS PROPERTIES
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240




FOR RENT MEDIA SOLUTIONS
75 REMITTANCE DRIVE, STE. 1705
CHICAGO, IL 60675




HD SUPPLY FACILITIES MAINTENANCE, LTD
10641 SCRIPPS SUMMIT CT.
SAN DIEGO, CA 92131
```

HOUSE INVESTMENTS REAL ESTATE
OPPORTUNITY FUND III, L.P.
10401 NORTH MERIDIAN ST, STE. 275
INDIANAPOLIS, IN 46290


LC INVESTORS, LLC
6467 HOLLIDAY DR. EAST
INDIANAPOLIS, IN 46260


NETWORK COMMUNICATIONS, INC.
2305 NEWPOINT PARKWAY
LAWRENCEVILLE, GA 30046


NORTH AMERICAN LAWN & LANDSCAPE, LLC
4200 PERFORMANCE RD.
CHARLOTTE, NC 28214


PROGRESS ENERGY
P.O. BOX 2041
RALEIGH, NC 27602


REPUBLIC WASTE
5111 CHIN PAGE RD.
DURHAM, NC 27703


ROTO ROOTER
5672 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

```
SUBURBAN PROPANE
P.O. BOX 206
WHIPPANY, NJ 07981




THYSSENKRUPP
P.O. BOX 933004
ATLANTA, GA 31193




TIME WARNER CABLE
P.O. BOX 70873
CHARLOTTE, NC 28272




VALET WASTE, LLC
601 N. ASHLEY DR., STE. 700
TAMPA, FL 33602




VERIZON WIRELESS
P.O. BOX 920041
DALLAS, TX 75392




WASTEWATER SOLUTIONS
14 APOTHECARY COURT
GARNER, NC 27529




WILMAR INDUSTRIES, INC.
200 EAST PARK DR., #200
MOUNT LAUREL, NJ 08054
```